**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00664-CV

### IN THE INTEREST OF C.W., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-667**

## ORDER

We **GRANT** appellant's May 13, 2013 motion for an extension of time to file a notice of

appeal.  The notice of appeal filed in the trial court on May 10, 2013 is deemed timely for

jurisdictional purposes.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE